UNITED STATES of America, Plaintiff–Appellee

v.

Victor Alberto MARTINEZ–GASPAR, also known as Victor Alberto Gonzalez, Defendant–Appellant.

No. 06–41603
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

---

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Victor Alberto Martinez–Gaspar raises arguments that are "fully foreclosed" by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

Accordingly, the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

